IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:25-cv-00034-RAH-SMD |
| BALDWIN COUNTY, ALABAMA, | ) |
| Defendant. | ) |

# **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on June 12, 2025. (Doc. 22.) In the Recommendation, the Magistrate Judge recommends dismissal of this case without prejudice for failure to comply with court orders. On June 13, 2025, Plaintiff filed an objection (doc. 24) which stated nothing more than that Plaintiff objects. As such, and at present, other than objecting in general to the Recommendation, Plaintiff has provided no argument, discussion or explanation as to why the Magistrate Judge's Recommendation is in error. For that reason, and based on the Court's own independent review, the Magistrate Judge's Recommendation is due to be AFFIRMED.

Additionally, the Court notes that the Defendant is a county government located in the Southern District of Alabama, that the facts and circumstances made the basis of the Plaintiff's claims against that Defendant all appear to have occurred in the Southern District of Alabama, and that most or all the records and witnesses relevant to the underlying claims are likely located in the Southern District of Alabama. As such, proper venue and the most convenient and appropriate venue for the Plaintiff's claims against Baldwin County,

Alabama is in the Southern District of Alabama.  *See* 28 U.S.C. § 81(2)(2); 28 U.S.C. § 1391.  Because venue in the Middle District of Alabama is improper, dismissal is appropriate for that additional reason.

After an independent and de novo review of the file, and for good cause, it is ORDERED as follows:

(1) Any objections to the Recommendation, including that dated June 13, 2025, are OVERRULED;

(2) The Recommendation is ADOPTED; and,

(3) This case is DISMISSED without prejudice.

DONE, on this the 24th day of June 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE